PEOPLE v. COMMERCIAL ALLIANCE CO. In re MOORE. (Supreme Court, Appellate Division, First Department. October 15. 1897.) Action by the people of the state of New York against the Commercial Alliance Company, and in the matter of Moore. No opinion. Motion granted, with $10 costs.

PEOPLE v. COMMERCIAL ALLIANCE INS. CO. DE CORDOVA, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York against the Commercial Alliance Insurance Company. Action by Sophia De Cordova against William T. Gilbert, as receiver. T. M. Tyng, for appellant. H. D. Hotchkiss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Miller, decided by the court of appeals October 12, 1897 (47 N. E. 968). See 46 N. Y. Supp. 1098.

PEOPLE v. DORTHY. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York against John F. Dorthy. No opinion. Motion to amend the judgment entered upon the decision of this court denied. See 46 N. Y. Supp. 970.

PEOPLE, Respondent, v. FAYETTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York against Henry Fayette. No opinion. Judgment of conviction affirmed, and judgment to be entered and certified to the county court of Niagara county, pursuant to section 547, et seq., of the Code of Criminal Procedure.

PEOPLE, Respondent, v. PAGE, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by the people of the state of New York against Wilson E. Page. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. WILKLOW, Appellant. (Supreme Court, Appellate Division, Third Department. May 18, 1897.) Action by the people of the state of New York against Lorin Wilklow. No opinion. Judgment affirmed.

PEOPLE ex rel. BROADWAY IMP. CO., Appellant, v. BARKER, et al., Respondents. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York, on the relation of the Broadway Improvement Company, against Edward P. Barker and others. G. H. Yeaman, for appellant. J. M. Ward, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 1015.

PEOPLE ex rel. DAVIS, COLLAMORE & CO., Appellant, v. BARKER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by the people of the state of New York, on the relation of Davis, Collamore & Co., against Edward P. Barker and others. J. B. Green, for appellant. J. M. Ward, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ELISCH v. FITCH. PEOPLE ex rel. BAJARDO v. SAME. PEOPLE ex rel. PEISER v. SAME. PEOPLE ex rel. KEIBER v. SAME. PEOPLE ex rel. GATTO v. SAME. PEOPLE ex rel. MARTIN v. SAME. PEOPLE ex rel. MITCHELL v. SAME. PEOPLE ex rel. STAUBACH v. SAME. PEOPLE ex rel. MULLER v. SAME. PEOPLE ex rel. HIGGINS v. SAME. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Proceedings by the people of the state of New York, on the relation of Elisch and others, against Fitch. No opinion. Motions granted. See 46 N. Y. Supp. 1098, 1099.

PEOPLE ex rel. GRISWOLD et al. v. BOARD OF TRUSTEES OF VILLAGE OF FREDONIA et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York, on the relation of Herman S. Griswold and others, against the board of trustees of the village of Fredonia and others. No opinion. Motion for leave to amend the petition granted; the amended petition to be served upon the respondent within 10 days, and the respondent allowed to amend its return within 20 days thereafter; the relator to print the amendment and the return, as amended, and pay $30 costs; and a reargument is ordered.

PEOPLE ex rel. HOUGHTON, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1897.) Action by the people of the state of New York, on the relation of Ellen R. Houghton, against John Johnston. No opinion. Application granted.

PEOPLE ex rel. HOYT v. BOARD OF TRUSTEES OF VILLAGE OF BALLSTON SPA et al. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by the people of the state of New York, on the relation of George M. Hoyt, against the board of trustees of the village of Ballston Spa and Patrick Heeney. No opinion. Motion for leave to go to the court of appeals denied. See 46 N. Y. Supp. 564.

PEOPLE ex rel. MAHONEY v. FITCH. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York, on the rela-